UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| **NICOLE SCHLIPP** | ) | NO. **C10-1180JLR** |
| vs. | ) | MINUTE ORDER |
| **IQ DATA INTERNATIONAL, INC.** | ) | |

The following Minute Order is made by direction of the Court, the Honorable James L. Robart, U.S. District Judge:

It is ORDERED that counsel show cause by **November 12, 2010** why this action should not be dismissed for failing to comply with Order requiring Status Report signed August 5, 2010 and due October 4, 2010. Absent a timely response to this Order, the action SHALL BE DISMISSED without prejudice.

Filed and entered this 21st day of October, 2010.

WILLIAM McCOOL, Clerk

\s\ C. Condon
By _____
Casey Condon
Deputy Clerk